**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000533**
**16-JUL-2014**
**08:28 AM**

NO. CAAP-14-0000533

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CARLOS MARQUEZ, Plaintiff-Appellee, v.
RACHEL LEE JENSEN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-P NO. 13-1-6262)

ORDER GRANTING THE JULY 2, 2014
STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal," filed on July 2, 2014, by Defendant-Appellant Rachel Lee Jensen (**Jensen**), the papers in support, and the records and files herein, it appears that (1) Jensen and Plaintiff-Appellee Carlos Marquez (**Marquez**) stipulate to dismiss Appeal No. CAAP-14-0000533; (2) the attorney representing Jensen, and Marquez, pro se, have signed the stipulation; (3) the stipulation provides that the parties "shall bear their own attorneys' fees and costs"; (4) no fees are due; and (5) Hawai'i Rules of Appellate

Procedure Rule 42(b) provides, "If the parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-14-0000533 is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, July 16, 2014.

Chief Judge

Associate Judge

Associate Judge